Form B3 (official Form 3)     UNITED STATES BANKRUPTCY COURT
(9/97)          _____ DISTRICT OF _____

04 OCT 15 AM 11: 33

In re __Nicholas Ripley__,
         Debtor

Case No. __WD OF WI CASE NO__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $__209__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $__59.00__ Check one ☒ With the filing of the petition, or
                                  ☐ On or before
    $__50.00__ on or before __10/25/2004__
    $__50.00__ on or before __11/01/2004__
    $__50.00__ on or before __11/08/2004__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          __N. Ripley__     __10/14/2004__
Signature of Attorney     Date         Signature of Debtor         Date
                                              (In a joint case, both spouses must sign.)

_____
Name of Attorney                   _____
                                              Signature of Joint Debtor (if any)     Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____         _____
Printed or Typed Name of Bankruptcy Petition Preparer         Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____         _____
Signature of Bankruptcy Petition Preparer         Date