**U.S. Bankruptcy Court  Western District of Wisconsin**
**120 N. Henry St.**
**P.O. Box 548**
**Madison, WI  53701-2559**

_____

**Bankruptcy Proceeding Case No. 04-17409-7**

In Re: Nicholas E. Ripley,
        Debtor(s)

_____

### ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS

The application of the debtor(s) for permission to pay the filing fee in installments having been heard,

**IT IS ORDERED** that the debtor(s) pay the filing fees still owing, namely, $209.00 as follows:

Payments are to be made in four equal installments of $52.50.

Final payment due no later than four months from the date of filing:

      February 14, 2005

**IT IS FURTHER ORDERED** that all payments be paid by cash (please don't send cash through the mail), certified check, or money order at the office of the clerk of the United States Bankruptcy Court located at:

      120 North Henry St., P.O. Box 548, Madison, WI  53701-0548

and that until the filing fees are paid in full, the debtor shall pay no money and shall transfer no property to their attorney, and their attorney shall accept no money or property from the debtor for services in connection with this case.

Dated:  October 15, 2004

                              Marcia M. Anderson, Clerk
                              U.S. Bankruptcy Court