AMMENDED

Form B6B – (10/89)

| In re | Case No.: |
|---|---|
| Nicholas Ripley | 04 NOV 26 PM 3:01 |
| Debtor | (If known) |

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | $50.00 at residence | | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | $40.00 UW Credit Union Madison, WI | | $40.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | $150.00 at residence | | $150.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | $200.00 for car, 1989 Ford Tempo stored at residence, non-working | | $200.00 |
| 6. Wearing apparel. | | $200.00 at residence | | $200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

N Ripley  11/23/04

AMMENDED

Form B6C  
(6/90)

UNITED STATES BANKRUPTCY COURT  
_____ DISTRICT OF _____

In re  Nicholas Ripley ,  
          Debtor

Case No. _____

Chapter ___7___

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**  
☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| $50.00 cash | ~~Wisconsin Statues annotated sec. 815.18 sec.~~ ~~815.20~~ ~~(for all)~~ [scribbled out] 11 U.S.C. section 522(d)(5) | $50.00 | $50.00 |
| $40.00 in bank account | | $40.00 | $40.00 |
| 500 Mhz computer | | $150.00 | $150.00 |
| clothing | | $200.00 | $200.00 |
| Car 1989 Ford Tempo (does not work) | | $200.00 | $200.00 |

N_____  11/29/04

AMEND ED

Form B6J                              UNITED STATES BANKRUPTCY COURT
(6/90)                              _____ DISTRICT OF _____

In re  Nicholas Ripley,
           Debtor

Case No. _____

Chapter __7__

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

Rent or home mortgage payment (include lot rented for mobile home)                $ 400
Are real estate taxes included?        Yes ✓     No ___
Is property insurance included?       Yes ___   No ✓
Utilities    Electricity and heating fuel                                          $ 0
            Water and sewer                                                        $ ~~~~ $10
            Telephone                                                              $ ~~~ $40
            Other _____                           $ 0
Home maintenance (repairs and upkeep)                                              $ 0
    Food                                                                           $ ~~~ $250
Clothing                                                                           $ 50
Laundry and dry cleaning                                                           $ 20
Medical and dental expenses                                                        $ ~~ $50
Transportation (not including car payments)                                        $ ~~ 80
Recreation, clubs and entertainment, newspapers, magazines, etc.                   $ ~ 25
Charitable contributions                                                           $ 0
Insurance (not deducted from wages or included in home mortgage payments)
    Homeowner's or renter's                                                        $ 0
    Life                                                                           $ 0
    Health                                                                         $ 0
    Auto                                                                           $ 0
    Other _____                                   $ 0
Taxes (not deducted from wages or included in home mortgage payments)              $ 0
(Specify) _____
Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan)
    Auto                                                                           $ 0
    Other  ~~Boardman Law Firm / State Farm~~                                       $ ~~~~ 0
    Other _____                                   $ 0
Alimony, maintenance, and support paid to others                                   $ 0
Payments for support of additional dependents not living at your home              $ 0
Regular expenses from operation of business, profession, or farm (attach detailed statement)  $ 0
Other _____                                       $ 0
TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)                      $ ~~~~ $925

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.
A. Total projected monthly income                                                  $ _____
B. Total projected monthly expenses                                                $ _____
C. Excess income (A minus B)                                                       $ _____
D. Total amount to be paid into plan each _____                          $ _____
                                              (interval)

11/28/04        N. Ripley

AMMENDED

Form B6 - Cont.  
(12/94)

**UNITED STATES BANKRUPTCY COURT**  
_____ DISTRICT OF _____

In re __Nicholas Ripley__,  
      Debtor

Case No. _____

Chapter ____7____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.  
(Total shown on summary page plus 1.)

Date __10/14/2004__  __11/23/2004__    Signature: __N. Ripley  N. Ripley__  
                                                                                     Debtor

Date _____    Signature: _____  
                                                                           (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____  
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.

_____  
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____  
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.  
(Total shown on summary page plus 1.)

Date _____  
                                                 Signature: _____

                                                                     [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.