United States Bankruptcy Court
Western District of Wisconsin
Federal Building U. S. Courthouse
P. O. Box 5009
Eau Claire, WI 54702

*Marcia M. Anderson, Clerk*
*715−839−2980*

Sun Jan 16, 2005

Nicholas Ripley
142 Thomson Ln
Oregon, WI 53575

Re: **3−04−17409−rdm**

Dear Nicholas Ripley:

This is a reminder that the filing fee is due 02/14/2005 in the above entitled matter. Please refer to the Order Approving Application to Pay Filing Fee in Installments previously entered. The entire filing fee must be paid before a discharge can be granted and the case closed.

Unless the fee is paid by certified check or money order, made payable to the Clerk, U. S. Bankruptcy Court, on or before 02/14/2005, this bankruptcy proceeding will be placed on the calendar for dismissal.

Sincerely,

Marcia M. Anderson
Clerk

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0758-3         User: tami              Page 1 of 1              Date Rcvd: Jan 18, 2005
Case: 04-17409               Form ID: pdf819         Total Served: 1

The following entities were served by first class mail on Jan 20, 2005.
db          +Nicholas Edward Ripley,   142 Thomson Ln,   Oregon, WI 53575-1664

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2005**                    **Signature:**    *Joseph Speetjens*